NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGEVITY CORPORATION, INGEVITY SOUTH CAROLINA, LLC,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MAHLE FILTER SYSTEMS NORTH AMERICA, INC., MAHLE FILTER SYSTEMS JAPAN CORP., MAHLE SISTEMAS DE FILTRACIÓN DE MÉXICO S.A. DE C.V., MAHLE FILTER SYSTEMS CANADA ULC, KURARAY CO., LTD., CALGON CARBON CORPORATION,**
*Intervenors*

---

2020-1800

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1140.

---

**O R D E R**

---

Before MOORE, *Chief Judge*, SCHALL, and TARANTO, *Circuit Judges*.

PER CURIAM.

Before the court is the parties' August 4, 2021, Joint Response to the Order to Show Cause.  The parties do not request that anything in the court's opinion of July 21, 2021 remain confidential.  Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on July 21, 2021 is hereby unsealed.

FOR THE COURT

August 6, 2021                    /s/ Peter R. Marksteiner
    Date                          Peter R. Marksteiner
                                  Clerk of Court